UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

BRANDON BAIZA AND ANTHONY PARKS,          :
                                          :
                Plaintiffs,               :
                                          :
        -v-                               :          25-cv-2384 (LJL)
                                          :
RAISA M. MERCEDES AND SANTANDEER          :             ORDER
CONSUMER USA INC.,                        :
                                          :
                Defendants.               :
-------------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_05/09/2025__

LEWIS J. LIMAN, United States District Judge:

        The Court will hold a conference on May 22, 2025 at 2PM in Courtroom 15C at the

Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, NY 10007.  At that

conference, the Court will set a briefing schedule for Defendant's motion to dismiss, Dkt. No. 4,

and Plaintiffs' motion to remand, Dkt. No. 6.  The time for responding to those motions is

suspended until the hearing.

        If all parties wish to proceed telephonically instead of in person, they may inform the

Court by filing a letter no later than May 20, 2025.

        SO ORDERED.

Dated: May 9, 2025                    _____
        New York, New York                       LEWIS J. LIMAN
                                              United States District Judge