```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/20/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
BRANDON BAIZA and ANTHONY PARKS,    :
:
Plaintiffs,    :
:    25-cv-2384 (LJL)
-v-    :
:    ORDER
RAISA M. MERCEDES and SANTANDER    :
CONSUMER USA INC.,    :
:
Defendants.    :
:
-----------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The Court received a call stating that Plaintiffs had filed, through the *pro se* office, a letter seeking an adjournment of the status conference scheduled for May 22, 2025. Plaintiffs' letter has not yet been docketed.

Plaintiffs' request is granted. The May 22, 2025 status conference is adjourned to May 29, 2025 at 12:00 PM and shall be held in Courtroom 15C at the 500 Pearl Street Courthouse. If all parties wish to proceed telephonically instead of in person, they may inform the Court by filing a letter no later than May 27, 2025.

Counsel for Defendant is directed to notify Plaintiffs of this Order.

SO ORDERED.

Dated: May 20, 2025
       New York, New York                    _____
                                                    LEWIS J. LIMAN
                                              United States District Judge