```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/1/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
BRANDON BAIZA, et al.,                                             :
:
                       Plaintiffs,                                  :
:    25-cv-2384 (LJL)
       -v-                                                        :
:    ORDER
:
RAISA M. MERCEDES, et al.,                                         :
:
                       Defendants.                                  :
                                                   X
-------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

      Plaintiffs Brandon Baiza and Anthony Parks ("Plaintiffs"), joined by Defendant Santander Consumer USA Inc. d/b/a Chrysler Capital ("Santander"), have submitted a Stipulation of Dismissal with Prejudice (the "Stipulation") pursuant to Federal Rule of Civil Procedure 41. *See* Dkt. No. 17. The Stipulation does not mention and is not signed by Defendant Raisa M. Mercedes ("Mercedes"), but Merecedes has not appeared in this case, and under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a stipulation of dismissal filed by the plaintiff need only be signed by parties who have appeared.

      The Clerk of Court is therefore respectfully requested to close this case.


      SO ORDERED.

Dated: August 1, 2025
       New York, New York
                                                                   LEWIS J. LIMAN
                                                   United States District Judge